

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-19-00491-CV

**IN RE** Klint Eugene **MILLER**, Kenneth B. Miller and Molly

Original Mandamus Proceeding[1]

### ORDER

On July 18, 2019, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 7, 2019.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.

Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-3364-DC, styled *In the Interest of R.W.M. and K.S.M., Children*, pending in the 38th Judicial District Court, Real County, Texas, the Honorable Camile G. Dubose presiding.